Robert C. Montgomery, Esq.
Robert C. Montgomery, Chtd
2160 S. Twin Rapid Way
Boise, ID 83709
Ph. (208) 322-8865
Fax (208) 322-8395
bmontgomerylaw@gmail.com
ISB # 1793

CRAIG K. PERRY, Esq.
CRAIG K. PERRY & ASSOCIATES
Nevada State Bar No.: 3786
8010 West Sahara Avenue, Suite 260
Las Vegas, NV 89117
Phone: (702) 228-4777
Fax: (702) 943-7520
info@1stoplawfirm.com
*Pending Pro Hac Vice Application*

# IN THE UNITED STATES COURTS

## DISTRICT OF IDAHO

| | |
|---|---|
| ROD KEGLEY, | ) |
| | ) |
| Plaintiff | ) Case No.: 1-14-CV-00162-BLW |
| | ) |
| Vs. | ) |
| | ) MOTION FOR PRO HAC VICE ADMISSION |
| Wells Fargo Bank, N.A. | ) |
| | ) |
| Defendants | ) |

## MOTION FOR PRO HAV VICE ADMISSION

Pursuant to I.B.C.R. 227, the undersigned counsel petition the court for admission of CRAIG K. PERRY, pro hac vice, in this case.

///

///

///

-1-

CRAIG K PERRY certifies that he is an active member, in good standing OF THE BAR OF Nevada that he maintains the regular practice of law at the above-noted address, and that he is not a resident of the state of Idaho or licensed to practice in Idaho. Craig K. Perry certifies that he has not been admitted under I.B.C.R. 227 in the following matters.

If the pro hac vice applicant has been denied admission under this rule in this or any jurisdiction, a separate affidavit explaining the circumstances of such denial shall accompany this motion.

Undersigned counsel certify that a copy of this motion has been served on all other parties in this case and that a copy of the motion, accompanied by a $325.00 fee and certifies of good standing have been submitted to the Idaho State Bar.

Counsel I certify that the above information is true to the best of their knowledge Robert C. Montgomery acknowledges that his attendance shall be required at all court proceedings in which Craig K. Perry appears, unless specifically excused by the trial judge.

Dated this 10th, date of July, 2014.    Dated this 24th, day of June, 2014.

Law offices of
Robert C. Montgomery, Chtd

_____
Robert C. Montgomery, Esq.
Idaho State Bar No.: 1793
Admitted in ID, OR & WA
2160 S. Twin Rapid Way
Boise, Idaho 83709
Ph. (208) 322-8865
Fax (208) 322-8395
bmontogmerylaw@gmail.com

CRAIG K. PERRY & ASSOCIATES

_____
Craig K. Perry, Esq.
State Bar No.: 3786
8010 West Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Ph. (702) 228-4777
Fax (702) 943-7520
info@1stoplawfirm.com

# STATE BAR OF NEVADA

## Certificate of Good Standing

### Craig K. Perry

(Bar Number 3786) was admitted by the Supreme Court of the State of Nevada on 10/02/1989 as an Attorney and Counselor at law duly licensed to practice in all courts of the State of Nevada. It is hereby further certified that Craig K. Perry is now an **Active** member of the State Bar of Nevada in good standing.

DATED this Thursday, May 29, 2014

Laurie K. Scheffler
Member Services Administrator
State Bar of Nevada

